

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

## for the

### Eastern District of Michigan

Division _____



Case: 2:25-cv-11381
Assigned To : DeClercq, Susan K.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 05/13/2025
Description: CMP BILLINGSLEA V
CREDIT FIRST NATIONAL ASSOCIATION (MRS)

Brandon Billingslea

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
**-v-**

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Credit First National Association

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.**    **The Parties to This Complaint**

   **A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Brandon Billingslea |
| Street Address | 33848 Aurora Dr |
| City and County | Clinton Township, Maocmb |
| State and Zip Code | MI 48035 |
| Telephone Number | 3137597766 |
| E-mail Address | billingslea1@proton.me |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.**      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Credit First National Association |
| Job or Title *(if known)* | |
| Street Address | 6275 Eastland Rd |
| City and County | Brook Park, Cuyahoga |
| State and Zip Code | OH, 44142 |
| Telephone Number | 8442166103 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**II.      Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Credit Billing Act (15 U.S.C. § 1666),
Fair Credit Reporting Act (15 U.S.C. § 1681s-2),
Truth in Lending Act (15 U.S.C. § 1640)

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.      If the defendant is a corporation

The defendant, *(name)*                                                                    , is incorporated under

the laws of the State of *(name)*                                                          , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

On January 13, 2025, CFNA sent me a bill for $916.22, a fraudulent charge.
I disputed it via certified mail on January 26, 2025.
CFNA closed my account on February 13, 2025, without investigating.
In March 2025, CFNA confirmed the charge was fraudulent and reopened my account.
CFNA failed to remove the negative entry from my credit report.
They reduced my credit limit from $1,800 to $1,300 due to my lowered credit score, caused by their own reporting error. These actions harmed my credit score and prevented me from opening checking accounts.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

January to May 2025

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
Was anyone else involved?  Who else saw what happened?)*

- On January 13, 2025, I received a letter from Credit First National Association (CFNA) demanding payment of $916.22 for charges that I never authorized.
- On January 26, 2025, I disputed the charges by sending CFNA a formal dispute letter via certified mail, clearly stating the charge was fraudulent and requesting an immediate investigation under the Fair Credit Billing Act (15 U.S.C. § 1666).
- On February 13, 2025, instead of resolving the dispute, CFNA closed my account, labeling it as "non-payment," which violated their obligation under the law to investigate my claim first.
- Around March 2025, CFNA acknowledged in writing that the disputed charges were indeed fraudulent, stating the dispute was resolved in my favor. CFNA reopened my account around this time.
- Despite acknowledging the error, CFNA failed to remove the negative reporting from my Experian credit report, which continues to harm my credit score.
- In May 2025, CFNA issued me a new card but unfairly reduced my credit limit from $1,800 to $1,300, citing a lowered credit score that resulted directly from their own incorrect reporting.
- Due to CFNA's inaccurate reporting, I have faced difficulty opening new checking accounts, as banks and credit unions often rely on the Experian credit report that CFNA negatively affected.
- I contacted CFNA repeatedly, asking them to correct my credit report, but they have taken no action to resolve these errors, causing ongoing financial harm and emotional distress.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Monetary damages alone cannot immediately restore my credit score or remove negative information from my credit report.
The ongoing incorrect credit reporting is continuously damaging my financial stability and limiting my banking opportunities.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request the court order CFNA to immediately correct my credit report by removing the negative information related to this incident.

I seek monetary damages totaling $36,000:
- $10,000 in actual damages for credit damage, inability to open checking accounts, and emotional distress.
- $1,000 statutory damages per violation.
- $25,000 in punitive damages due to CFNA's willful misconduct.

I also request court costs and any additional relief the court deems appropriate.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-13-25

Signature of Plaintiff

Printed Name of Plaintiff Brandon Billingslea

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**Brandon Billingslea**
33848 Aurora Dr
Clinton Township, MI 48035
Plaintiff, Pro Se

v.

**Credit First National Association (CFNA)**
6275 Eastland Rd
Brook Park, OH 44142
Defendant

**Case No.:** (To be assigned by Clerk)
**Judge:** (To be assigned by Clerk)

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**
**(Jury Trial Demanded)**

---

## I. BASIS FOR JURISDICTION

This Court has jurisdiction because this lawsuit involves violations of federal laws:

- Fair Credit Billing Act (**15 U.S.C. § 1666**)

- Fair Credit Reporting Act (**15 U.S.C. § 1681s-2**)

- Truth in Lending Act (**15 U.S.C. § 1640**)

---

## II. FACTS SUPPORTING MY CLAIMS

1. On January 13, 2025, CFNA billed me $916.22 for charges I never authorized or made.

2. On January 26, 2025, I disputed this charge as fraudulent by sending a certified letter to CFNA.

3. On February 13, 2025, CFNA wrongly closed my account claiming non-payment, without properly investigating my dispute.

4. In March 2025, CFNA admitted the error, resolved the dispute in my favor, and reopened my account.

5. Despite admitting the error, CFNA refused to remove the negative report from my Experian credit report.

6. In May 2025, CFNA issued me a new card but lowered my credit limit from $1,800 to $1,300 due to my damaged credit score—which they caused by their inaccurate credit reporting.

7. Because of CFNA's actions, my damaged credit report has prevented me from opening checking accounts at banks and credit unions.

8. I have repeatedly requested that CFNA correct their errors on my credit report, but they have refused or ignored my requests.

---

## III. LEGAL CLAIMS

**Count 1: Fair Credit Billing Act Violation (15 U.S.C. § 1666)**
CFNA failed to properly investigate my billing dispute within 90 days and unlawfully closed my account during the dispute.

**Count 2: Fair Credit Reporting Act Violation (15 U.S.C. § 1681s-2)**
CFNA failed to properly report the disputed charges, did not mark the charges as disputed, and refused to correct their mistakes after admitting they were wrong.

**Count 3: Truth in Lending Act Violation (15 U.S.C. § 1640)**
CFNA unfairly reduced my credit limit and closed my account based on their own wrongful reporting.

---

## IV. RELIEF REQUESTED

I respectfully ask the Court for the following:

- **Actual Damages:** $10,000 for damage to my credit score, inability to open checking accounts, emotional stress, and financial hardship.

- **Statutory Damages:** $1,000 for each federal law violation.

- **Punitive Damages:** $25,000 to discourage CFNA from future wrongful behavior.

- **Injunctive Relief:** Court order requiring CFNA to immediately remove negative information from my Experian credit report and restore my credit limit to $1,800.

- **Court Costs and Expenses:** Reimbursement of my filing fees and other related court expenses.

**Total requested damages: $36,000 plus court costs.**

---

## V. JURY DEMAND

I request a trial by jury for all issues.

---

**Respectfully submitted,**

**Brandon Billingslea** (Pro Se)
33848 Aurora Dr
Clinton Township, MI 48035
Phone: 313-759-7766
Email: billingslea1@proton.me

Date: _5-13-25_

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Brandon Billingslea

**DEFENDANTS**

Credit First National Association(CFNA)

**(b)** County of Residence of First Listed Plaintiff   Macomb
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Cuyahoga
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*

Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question
      *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 367 Health Care/ Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1666 (Fair Credit Billing Act),15 U.S.C. § 1681s-2 (Fair Credit Reporting Act),15 U.S.C. § 1640 (Truth in Lending Act)
Brief description of cause:
CFNA failed to resolve fraudulent billing dispute timely, unlawfully reported negative credit information, and unfairly closed/reduced credit.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
36,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

 **CFNA**

BK-16 / Credit Operations
PO Box 81410
Cleveland OH 44181-0410

January 13, 2025

BRANDON BILLINGSLEA
33848 AURORA DR
CLINTON TOWNSHIP  MI  48035-4252

4524
0111

Balance Due: $916.22

Minimum Due: $231.00

Pay By: 02/08/25

Reference:   Firestone Complete Auto Care Account #xxxxx5035

Dear Accountholder:

Unless you have recently remitted payment on the above-referenced account, it is now three payments past due. At this time, we are either unaware of the cause for this delinquency or we have been unable to secure a mutually acceptable repayment plan.

Continued neglect of this account may cause irreparable damage to your credit reputation especially if we place the account with a third party collection agency to recover the balance in full. If the minimum amount due cannot be paid today, please contact us immediately by calling toll free 800-338-8556.

It is imperative that we resolve this matter without any further delay.

Sincerely,

Credit First National Association

6275 EASTLAND RD  BROOK PARK, OHIO 44142



BK-16 / Credit Operations
PO Box 81410
Cleveland OH 44181-0410

February 13, 2025

BRANDON BILLINGSLEA
33848 AURORA DR
CLINTON TOWNSHIP  MI  48035-4252

4521
0111

Reference:  Firestone Complete Auto Care Account #xxxxx5035

Dear Accountholder:

Credit First National Association ("CFNA") is a limited purpose credit card bank, a business function
within the Bridgestone Retail Operations Credit Division, and is the issuing bank for the
above-referenced credit card account.

This letter is to advise you that the above-referenced account has been closed due to the non-payment
of the outstanding balance and the failure to make the required monthly minimum payments. The Credit
Card Agreement that you agreed to when the account was opened explained your repayment
obligations and our rights to cancel/close the account.

If you have any questions concerning this letter, please contact us at:

> CREDIT FIRST NATIONAL ASSOCIATION
> BK - 16 / Credit Operations
> PO BOX 81410
> CLEVELAND OH 44181-0410
> 1-844-216-6103

Credit First National Association

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning Credit First National Association is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

6275 EASTLAND RD  BROOK PARK, OHIO 44142



BK-11 / Customer Service
PO Box 81315
Cleveland OH 44181-0315

February 19, 2025

րուլիզիլիիսյունիսիիիսիիսիիիիիսիսիիսիին

BRANDON BILLINGSLEA                579
33848 AURORA DR                    0111
CLINTON TOWNSHIP  MI  48035-4252

Reference:   Firestone Complete Auto Care Account #xxxxx5035

Dear BRANDON BILLINGSLEA:

Thank you for your recent inquiry regarding your credit card account.

The terms of your credit card agreement explain your rights and our responsibilities concerning billing errors.  The agreement states that you must contact us within 60(sixty) days after the error appears on your statement. This notice, with the address, is also printed on the back of each monthly statement.

Regrettably, we are unable to investigate the matter any further since we were not notified of the disputed sale within the allotted timeframe.

We appreciate this opportunity to be of service.

Regards,

Credit First National Association
Disputes Department

6275 EASTLAND RD  BROOK PARK, OHIO 44142

 CFNA

BK-11 / Customer Service
PO Box 81315
Cleveland OH 44181-0315

February 20, 2025

BRANDON BILLINGSLEA
33848 AURORA DR
CLINTON TOWNSHIP MI 48035-4252

6121
0111

Reference:  Firestone Complete Auto Care Account #xxxxx5035

Dear BRANDON BILLINGSLEA:

Thank you for your recent inquiry regarding your credit card account.

The terms of your credit card agreement explain your rights and our responsibilities concerning billing errors.  The agreement states that you must contact us within 60(sixty) days after the error appears on your statement. This notice, with the address, is also printed on the back of each monthly statement.

Regrettably, we are unable to investigate the matter any further since we were not notified of the disputed sale within the allotted timeframe.

We appreciate this opportunity to be of service.

Regards,

Credit First National Association
Disputes Department

6275 EASTLAND RD  BROOK PARK, OHIO 44142



BK-11 / Customer Service
PO Box 81315
Cleveland OH 44181-0315

March 11, 2025

BRANDON BILLINGSLEA
33848 AURORA DR
·CLINTON TOWNSHIP MI 48035-4252

472
0111

Reference:  Firestone Complete Auto Care Account #xxxxx4204

Dear BRANDON BILLINGSLEA:

This letter is to confirm that the investigation into the fraudulent purchases applied to the account in your name has been completed and the claim has been resolved in your favor.

CFNA agrees with your claim that the purchases totaling $843.57 do not belong to you. Your account has been adjusted accordingly and these adjustments will be reflected on your next statement.

We appreciate this opportunity to be of service to you.


Regards,


Credit First National Association
Disputes Department


6275 EASTLAND RD  BROOK PARK, OHIO 44142

Brandon Billingslea
33848 Aurora Dr

Clinton Township, MI 48035

January 26, 2025

CFNA (Credit First National Association)
6275 Eastland Rd
Brook Park, OH 44142

Subject: Formal Dispute of Fraudulent Account Activity

To Whom It May Concern,

I am writing to formally dispute a charge of $916.22 on my account, which is due by
February 8, 2025. I have never used this credit card account, and I believe this charge
is the result of fraud.

I request that you immediately investigate this matter and take the following actions:

Remove the Fraudulent Charge:
Since I did not authorize this transaction, I request that the $916.22 charge be removed
from my account immediately.
Provide Documentation of the Charge:
Please provide a detailed explanation of the charge, including the date, time, and
location of the transaction, as well as any supporting documentation, such as receipts
or signed agreements.
Secure My Account:
If this account has been compromised, I request that you take all necessary steps to
secure it, including issuing a new account number or card, if applicable.
Provide Confirmation of Resolution:
Once the investigation is complete, I request written confirmation that the fraudulent
charge has been removed and that my account is in good standing.
This letter serves as my formal dispute under the Fair Credit Billing Act (FCBA), 15
U.S.C. § 1666, which provides me with the right to dispute unauthorized charges on my
account. Under the FCBA, you are required to acknowledge receipt of this dispute
within 30 days and resolve the matter within two billing cycles (but no longer than 90
days).

Additionally, I request that you refrain from reporting this fraudulent charge to any credit
reporting agencies while the investigation is ongoing. If this charge has already been
reported, I request that you notify the credit bureaus of the dispute and ensure that no
negative information related to this charge appears on my credit report.

I expect a prompt response to this matter. If you require additional information or documentation from me, please contact me in writing at the address provided above.

Thank you for your immediate attention to this matter.

Sincerely,
Brandon Billingslea

Brandon Billingslea
33848 Aurora Dr
Clinton Township MI 48035

**USPS CERTIFIED MAIL**

9214 8901 4298 0412 6303 22

001096007800011
CFNA
6275 Eastland Rd
Brook Park OH 44142
USA

 **Office of the Comptroller of the Currency**

March 3, 2025

Brandon Billingslea
33848 Aurora Drive
Clinton Township, MI 48035

Re: Case # CS0368367
Credit First National Association

Dear Brandon Billingslea:

This letter acknowledges receipt of your correspondence concerning the above-referenced financial institution. The Office of the Comptroller of the Currency (OCC) is the federal regulator responsible for this financial institution. Based upon your correspondence we have opened a case in the OCC's Customer Assistance Group (CAG). Please make note of the case number listed above and reference the case number on any future correspondence or contact with our office.

We have reviewed the information you provided and contacted the financial institution requesting a response to your issue(s). In most instances, the financial institution will respond directly to you and copy us in writing. Once you receive the financial institution's response, it is very important that you carefully review their summary and action(s) taken, if any.

If the financial institution has satisfactorily addressed your issue(s) and/or concern(s), no further action is required on your part. However, if the financial institution failed to address your issue(s) and/or concern(s) or you disagree with their response, please contact the CAG in writing within 30 days of receipt of the financial institution's letter. Please include in your reply, the specific issue(s) that the financial institution failed to address or, if applicable, the reason(s) you disagree with the financial institution's assessment. Also, please include any additional documentation that supports your position.

The OCC examines national banks and federal savings associations to ensure their safe and sound financial condition and ensures compliance with applicable banking laws, rules and regulations.

The CAG was established to assist customers who have questions or complaints involving national banks and federal savings associations. For additional information on the OCC and CAG please visit www.helpwithmybank.gov.

The CAG offers guidance and assists consumers in resolving complaints about national banks and federal savings associations and their operating subsidiaries.

An official website of the United States Government

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

Start a new complaint

❮ All complaints (.)

# 250220-18862238

**CLOSED**

 ## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 2/20/2025 | Credit card | Problem with a purchase shown on your statement |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

### YOUR COMPLAINT

I am filing a formal complaint against Credit First National Association (CFNA) for violations of federal consumer protection laws, including the Fair Credit Billing Act (FCBA) , Fair Credit Reporting Act (FCRA) , and Truth in Lending Act (TILA) . I request your office investigate CFNA's illegal conduct, including: Failure to properly investigate a billing dispute under the FCBA (15 USC § 1666). Retaliatory account closure during an active dispute resolution period. Unlawful credit reporting practices under FCRA § 623(a)(3) and § 623(b). Background January 13, 2025 : I received a letter from CFNA demanding payment of $916.22 for an account I never authorized. January 26, 2025 : I submitted a written dispute via certified mail (attached) under the FCBA, explicitly contesting the charge as fraudulent. February 13, 2025 : Despite CFNA's obligation to investigate and resolve the dispute within 90 days (FCBA § 1666(a)), they closed my account for "non-payment" without resolving the dispute. Legal Violations 1.

Violation of the FCBA (15 USC § 1666) and Regulation Z The FCBA requires creditors to acknowledge disputes within 30 days and resolve them within 90 days. Closing my account during the dispute process constitutes unlawful retaliation and a refusal to comply with investigative obligations. Case Law : Sweeney v. Visa , 2001 (creditor must resolve disputes before adverse action). 2. Violation of FCRA (15 USC § 1681s-2) If CFNA reported the account as delinquent to credit bureaus without noting its disputed status, they violated § 623(a)(3). Retaliatory closure may also constitute defamation under § 623(b). Case Law : OC v. Wells Fargo , 2020 (failure to mark disputes is an FCRA violation). 3. TILA Violation (15 USC § 1640) Unfair closure of an account during a pending dispute denies consumers their right to a fair resolution process.

**ATTACHMENTS**

IMG_0215.png
(1.2 MB)

ls_pdf_6796a22de6499.pdf
(2.7 KB)

10960078_tmp.pdf
(42 KB)

IMG_0214.png
(1.3 MB)

Hide full complaint ⊖

# What product or service is your complaint about?

**PRODUCT OR SERVICE**

Credit card

**TYPE**

Store credit card

# What type of problem are you having?

**ISSUE**

Problem with a purchase shown on your statement

**TYPE OF ISSUE**

Card was charged for something you did not purchase with the card

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**

Yes

**DID YOU REQUEST INFORMATION FROM THE COMPANY?**

No

# What happened?

I am filing a formal complaint against Credit First National Association (CFNA) for violations of federal consumer protection laws, including the Fair Credit Billing Act (FCBA) , Fair Credit Reporting Act (FCRA) , and Truth in Lending Act (TILA) . I request your office investigate CFNA's illegal conduct, including: Failure to

properly investigate a billing dispute under the FCBA (15 USC § 1666). Retaliatory account closure during an active dispute resolution period. Unlawful credit reporting practices under FCRA § 623(a)(3) and § 623(b). Background January 13, 2025 : I received a letter from CFNA demanding payment of $916.22 for an account I never authorized. January 26, 2025 : I submitted a written dispute via certified mail (attached) under the FCBA, explicitly contesting the charge as fraudulent. February 13, 2025 : Despite CFNA's obligation to investigate and resolve the dispute within 90 days (FCBA § 1666(a)), they closed my account for "non-payment" without resolving the dispute. Legal Violations 1. Violation of the FCBA (15 USC § 1666) and Regulation Z The FCBA requires creditors to acknowledge disputes within 30 days and resolve them within 90 days. Closing my account during the dispute process constitutes unlawful retaliation and a refusal to comply with investigative obligations. Case Law : Sweeney v. Visa , 2001 (creditor must resolve disputes before adverse action). 2. Violation of FCRA (15 USC § 1681s-2) If CFNA reported the account as delinquent to credit bureaus without noting its disputed status, they violated § 623(a)(3). Retaliatory closure may also constitute defamation under § 623(b). Case Law : OC v. Wells Fargo , 2020 (failure to mark disputes is an FCRA violation). 3. TILA Violation (15 USC § 1640) Unfair closure of an account during a pending dispute denies consumers their right to a fair resolution process.

☐ **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY EXPERIENCE.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

Requests for Relief Immediate removal of the fraudulent $916.22 charge and reinstatement of my account. Correct credit reporting : Ensure CFNA updates all bureaus to reflect the dispute and remove negative entries. Statutory Damages : Demand CFNA compensate me for violations under FCBA, FCRA, and TILA. CFPB Investigation : Impose penalties on CFNA for systemic disregard of consumer rights. Convert the store card into a mastercard with a reasonable increase in credit limit

**4 attachments**

View uploaded documents by clicking on the file name. Documents that pass virus scanning are typically available within 2 minutes of upload.

IMG_0215.png (1.2 MB)

ls_pdf_6796a22de6499.pdf (2.7 KB)

10960078_tmp.pdf (42 KB)

IMG_0214.png (1.3 MB)

---

# What company is this complaint about?

---

**COMPANY INFORMATION**
CREDIT FIRST NATIONAL
ASSOCIATION

**CARD NUMBER**

•••••••••                     👁

---

# What people are involved?

---

**YOUR CONTACT INFORMATION**
Brandon Billingslea

billingslea1@proton.me
3137137666

33848 aurora dr clinton township,
Michigan 48035 United States

**YOUR PREFERRED LANGUAGE**
English

---

## ✔ Referred

| STATUS | REFERRED TO |
|---|---|
| CFPB referred complaint to another government agency on 2/28/2025 | OFFICE OF THE COMPTROLLER OF THE CURRENCY |

We referred your complaint.

After our review, we found another agency that is better able to help you with your issue.

We also entered your complaint into the Consumer Sentinel Network, a secure online database operated by the Federal Trade Commission. Civil and criminal law enforcement authorities worldwide, including Consumer Financial Protection Bureau investigators, use the Consumer Sentinel Network to identify questionable business practices that may lead to investigations and prosecutions.

Privacy Act Statement

OMB #3170-0011

Note on user experience

· Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

**experian.**

Prepared For **BRANDON BILLINGSLEA**   Date generated: Jan 7, 2025

---

**CREDIT FIRST N A**                                                                    $870

1 late payment                                                        Balance updated **Dec 13, 2024**

---

### 🗐 Account info

| | | | |
|---|---|---|---|
| Account name | **CREDIT FIRST N A** | Balance | **$870** |
| Account number | **271742XXXXXXXXXX** | Balance updated | **Dec 13, 2024** |
| Original creditor | - | Credit limit | **$1,300** |
| Company sold | - | Credit usage | **66%** |
| Account type | **Charge Card** | Monthly payment | **$0** |
| Date opened | **Aug 03, 2024** | Past due amount | **$87** |
| Open/closed | **Open** | Highest balance | **$870** |
| Status | **Open. $87 past due as of Dec 2024.** | Terms | - |
| | | Responsibility | **Individual** |
| Status updated | **Dec 2024** | Your statement | - |

---

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | - | - | - | - | - | - | 0 | - | ✓ | ✓ | ✓ | 30 |

✓ Current / Terms met      30 Past due 30 days      - Data Unavailable

---

### ✉ Contact info

| | |
|---|---|
| Address | **6275 EASTLAND RD** |
| | **BROOKPARK,** |
| | **OH 44142** |
| Phone number | **(216) 362-5000** |

---

### 🗎 Comments

-



Prepared For **BRANDON BILLINGSLEA**   Date generated: Feb 4, 2025

---

**CREDIT FIRST N A**                                                    $916
2 late payments                                      Balance updated Jan 13, 2025

---

🗎 **Account info**

| | | | |
|---|---|---|---|
| Account name | **CREDIT FIRST N A** | Balance | **$916** |
| Account number | **271742XXXXXXXXXX** | Balance updated | **Jan 13, 2025** |
| Original creditor | - | Credit limit | **$1,000** |
| Company sold | - | Credit usage | **91%** |
| Account type | **Charge Card** | Monthly payment | **$0** |
| Date opened | **Aug 03, 2024** | Past due amount | **$158** |
| Open/closed | **Open** | Highest balance | **$916** |
| Status | **Open. $158 past due as of Jan 2025.** | Terms | - |
| | | Responsibility | **Individual** |
| Status updated | **Jan 2025** | Your statement | - |

---

💲 **Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 60 | - | - | - | - | - | - | - | - | - | - | - |
| 2024 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | 30 |

✓ Current / Terms met          30  Past due 30 days          60  Past due 60 days

- Data Unavailable

---

✉ **Contact info**

| | |
|---|---|
| Address | **6275 EASTLAND RD** |
| | **BROOKPARK,** |
| | **OH 44142** |
| Phone number | **(216) 362-5000** |

---

🗎 **Comments**



Prepared For **BRANDON BILLINGSLEA**   Date generated: Mar 31, 2025

| CREDIT FIRST N A | $963 |
|---|---|
| 3 late payments | Balance updated **Feb 13, 2025** |

### Account info

| | | | |
|---|---|---|---|
| Account name | **CREDIT FIRST N A** | Balance | **$963** |
| Account number | **271742XXXXXXXXXX** | Balance updated | **Feb 13, 2025** |
| Original creditor | - | Credit limit | **$1,000** |
| Company sold | - | Credit usage | **96%** |
| Account type | **Charge Card** | Monthly payment | **$0** |
| Date opened | **Aug 03, 2024** | Past due amount | **$231** |
| Open/closed | **Open** | Highest balance | **$963** |
| Status | **Open. $231 past due as of Feb 2025.** | Terms | - |
| | | Responsibility | **Individual** |
| Status updated | **Feb 2025** | Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 60 | 90 | - | - | - | - | - | - | - | - | - | - |
| 2024 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | 30 |

✓ Current / Terms met    30 Past due 30 days    60 Past due 60 days

90 Past due 90 days    - Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **6275 EASTLAND RD** **BROOKPARK,** **OH 44142** |
| Phone number | **(216) 362-5000** |

### Comments

-



Prepared For **BRANDON BILLINGSLEA**   Date generated: Apr 29, 2025

| CREDIT FIRST N A | $963 |
|---|---|
| 3 late payments | Balance updated **Feb 13, 2025** |

### 🗓 Account info

| | | | |
|---|---|---|---|
| Account name | **CREDIT FIRST N A** | Balance | $963 |
| Account number | **271742XXXXXXXXXX** | Balance updated | **Feb 13, 2025** |
| Original creditor | - | Credit limit | $1,000 |
| Company sold | - | Credit usage | 96% |
| Account type | **Charge Card** | Monthly payment | $0 |
| Date opened | **Aug 03, 2024** | Past due amount | $231 |
| Open/closed | **Open** | Highest balance | $963 |
| Status | **Open. $231 past due as of Feb 2025.** | Terms | - |
| | | Responsibility | **Individual** |
| Status updated | **Feb 2025** | Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 60 | 90 | - | - | - | - | - | - | - | - | - | - |
| 2024 | - | - | - | - | - | - | - | ✔ | ✔ | ✔ | ✔ | 30 |

✔ Current / Terms met    30 Past due 30 days    60 Past due 60 days

90 Past due 90 days    - Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **6275 EASTLAND RD BROOKPARK, OH 44142** |
| Phone number | **(216) 362-5000** |

### 📄 Comments

-



Prepared For **BRANDON BILLINGSLEA**   Date generated: May 6, 2025

| **CREDIT FIRST N A** | **$963** |
|---|---|
| 3 late payments | Balance updated Feb 13, 2025 |

### Account info

| | | | |
|---|---|---|---|
| Account name | **CREDIT FIRST N A** | Balance | **$963** |
| Account number | **271742XXXXXXXXXX** | Balance updated | **Feb 13, 2025** |
| Original creditor | - | Credit limit | **$1,000** |
| Company sold | - | Credit usage | **96%** |
| Account type | **Charge Card** | Monthly payment | **$0** |
| Date opened | **Aug 03, 2024** | Past due amount | **$231** |
| Open/closed | **Open** | Highest balance | **$963** |
| Status | **Open. $231 past due as of Feb 2025.** | Terms | - |
| | | Responsibility | **Individual** |
| Status updated | **Feb 2025** | Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | **60** | **90** | - | - | - | - | - | - | - | - | - | - |
| 2024 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | **30** |

✓ Current / Terms met     30 Past due 30 days     60 Past due 60 days

90 Past due 90 days     - Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **6275 EASTLAND RD** |
| | **BROOKPARK,** |
| | **OH 44142** |
| Phone number | **(216) 362-5000** |

### Comments

-



Prepared For **BRANDON BILLINGSLEA**    Date generated: **May 12, 2025**

| CREDIT FIRST N A | $0 |
|---|---|
| 2 late payments | Balance updated **May 07, 2025** |

### 🗂 Account info

| | | | |
|---|---|---|---|
| Account name | **CREDIT FIRST N A** | Balance | $0 |
| Account number | **271742XXXXXXXXXX** | Balance updated | **May 07, 2025** |
| Original creditor | - | Credit limit | $1,800 |
| Company sold | - | Credit usage | 0% |
| Account type | **Charge Card** | Monthly payment | $0 |
| Date opened | **Aug 03, 2024** | Highest balance | $0 |
| Open/closed | **Open** | Terms | - |
| Status | **Open.** | Responsibility | **Individual** |
| Status updated | **May 2025** | Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | **60** | ND | ND | ND | ✓ | - | - | - | - | - | - | - |
| 2024 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | **30** |

✓ Current / Terms met     ND No data for this period     30 Past due 30 days

60 Past due 60 days     - Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **6275 EASTLAND RD** |
| | **BROOKPARK,** |
| | **OH 44142** |
| Phone number | **(216) 362-5000** |

### 📄 Comments

-