UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON BILLINGSLEA,

    Plaintiff,

v.

CREDIT FIRST NATIONAL ASSOCIATION,

    Defendant.
_____/

Case No. 2:25-cv-11381

Honorable Susan K. DeClercq
United States District Judge

## ORDER DIMISSING COMPLAINT FOR FAILURE TO CORRECT FILING DEFICIENCIES

On May 13, 2025, Brandon Billingslea, representing himself, sued Credit First National Association. ECF No. 1. But he had not paid the filing fee or properly asked for an exemption, so he was directed to correct his deficiencies by July 30, 2025. ECF No. 5. He was also warned that failure to do so would result in the dismissal of his complaint without further notice. *Id.*

Billingslea has not, to date, corrected his deficiencies. So his complaint will be dismissed "*sua sponte* for failure to prosecute" under Civil Rule 41(b). *United States v. Wallace*, 592 F. Supp. 3d 612, 614 (E.D. Mich. 2021) (citing *Link v. Wabash R.R.*, 370 U.S. 626, 630–32 (1962)); *see also Boussum v. Washington*, 649 F. Supp. 3d 525, 528–29 (E.D. Mich.), *recons. denied*, 655 F. Supp. 3d 636 (E.D. Mich. 2023).

- 2 -

Accordingly, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to prepay and to file the documents necessary to request leave to proceed without prepaying. *See* FED. R. CIV. P. 41(b).

**This is a final order and closes the above-captioned case**.

/s/Susan K. DeClercq  
SUSAN K. DeCLERCQ  
United States District Judge

Dated:  August 8, 2025